UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:23-cv-02476-KES                                   Date: April 22, 2024

Title: Christopher E. Lawrence v. Reko's Enterprise LLC

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTD: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     Order to Show Cause Why Action Should Not Be Dismissed for Failure to Timely Serve Defendants

　　Plaintiff Christopher E. Lawrence ("Plaintiff") filed this action on December 28, 2023. (Dkt. 1.)  Federal Rule of Civil Procedure 4(m) generally requires plaintiffs to serve defendants with process within 90 days after the complaint is filed.  Although that 90-day deadline expired on March 27, 2024, Plaintiff has not filed any proof of service as of the date of this order.

　　IT IS THEREFORE ORDERED that, **on or before April 29, 2024**, Plaintiff shall show cause why this action should not be dismissed without prejudice for failure to timely serve Defendant.  The Court sees the notice at Dkt. 7, but this fails to show that Plaintiff used reasonable diligence over the past 90 days to learn the correct address and serve Defendant there.

Initials of Deputy Clerk JD